UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  01-cr-00279-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOHNNY FRANK COLEMAN,

      Defendant.

_____

**ORDER**
_____

THIS MATTER comes before the Court on the Motion to Withdraw [# 53], filed April 25, 2007.  After carefully reviewing the file in the above-captioned case, I find that there is good cause to permit Virginia L. Grady to withdraw as counsel for the Defendant.  Following Defendant's sentencing hearing, Defendant filed a complaint pursuant to 26 U.S.C. § 2255, alleging that Ms. Grady had been ineffective in her representation.  The Defendant's complaint alleging ineffective assistance of counsel raises a presumptive, current conflict with Ms. Grady and the Office of the Federal Public Defender.  Therefore, this motion to withdraw should be granted.  Accordingly, it is

ORDERED that the Motion to Withdraw [# 53], filed April 25, 2007, is **GRANTED**, and Virginia L. Grady is permitted to withdraw as counsel of record for the Defendant.  It is

FURTHER ORDERED that CJA counsel shall be appointed for the Defendant.  It is

FURTHER ORDERED that the supervised release violation hearing set for

**Tuesday, May 1, 2007, at 1:30 p.m. is VACATED and will be reset once CJA**

**counsel enters an appearance on behalf of the Defendant.**

Dated:  April 27, 2007

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge