UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  01-cr-00279-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOHNNY FRANK COLEMAN,

      Defendant.

_____

**ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      A supervised release violation hearing in the above-captioned case is set for **Thursday, July 19, 2007, at 9:00 a.m.**

      Dated:  June 6, 2007